```
New York State Tax Department
New York State Assessment Receivables
PO Box 4127
Binghamton, NY 13902

212 Front Street LLC
36 West 44th Street, Suite 630
New York, NY 10075

212 Front Street LLC
ATTN: Peter Kolodny Esq
Kolodny PC
101 Lafayette, Floor 10
New York, NY 10013

Burcu Ozalp
53 East 7th Street, Apt 6
New York, NY 10003

Burcu Ozalp
ATTN: Michael J Fichera Esq
ATTN: Fred DeCicco
Pollack Pollack Isaac and De Cicco LLP
225 Broadway, Floor 3
New York, NY 10007

DiCarlo Distributors Inc
1630 North Ocean Avenue
Holtsville, NY 11772

ConEdison
JAF Station
PO Box 1702
New York, NY 10116-1702

BankDirect Capital Finance
150 North Field Drive, Suite 190
Lake Forest, IL  60045

Department of Treasury
Internal Revenue Service
Holtsville, NY 11742-0480

American Express Bank
ATTN:: Merchant Financing Counsel
43 Butterfield Circle
El Paso, TX 79906

Avanti Enterprises Inc
50 Division Place
Brooklyn, NY 11222

Votto Vines Importing
414 Union Street
Schenectady, NY 12305

Baldor Specialty Foods
155 Food Center Drive
Bronx, NY 10474

American Express
PO Box 650448
Dallas, TX 75265-0448

Empire Merchants
16 Bridgewater Street
Brooklyn, NY 11222
```

Action Environmental Services
300 Frank West Burr Blvd, Suite 39
Teaneck, NJ 07666

Winebow
20 Hook Mountain Road, Suite 103A
Pinebrook, NJ 07058

SK Piping and Heating Corp
33-18 23rd Ave
Astoria, NY 11105

Awnings Unlimited Try State Inc
45 Tier Street
Bronx, NY 10464

Eurama Foods Inc
1345 Halsey Street
Brooklyn, NY 11237

Grandaisy Bakery
250 West Broadway
New York NY 10013

EGI NYC Check Express
PO Box 61
Ardsley, NY 10502

Arrow Linen Supply Company Inc
PO Box 9321
Garden City, NY 11530-9231

Frederick Wildman and Sons
CARE OF: RHK Recovery Group
1670 Old Country Road
Plainview, NY 11803

AutoChlor System
685 Gotham Pkway
Carlstadt, NJ 07072

Unique Fire Systems
178-16 93rd Avenue
Jamaica, NY 11433

LDV Imports
130 West 25th Street, Floor 7
New York, NY 10001

New York City Department of Finance
59 Maiden Lane, 28th Floor
New York, NY 10038

Union Beer Dsitributors
1213 Grand Street
Brooklyn, NY 11211

PayOMatic Check Cashing
Loss Prevention Department
166-30 Jamaica Avenue, 2nd Floor
Jamaica, NY 11432

Verizon
PO Box 15124
Albany, NY 12212-5124

Vbar Enterprises LLC
229 Sullivan Street 5B
New York, NY 10012

Enrico Ciotti
229 Sullivan Street 5B
New York, NY 10012

St. Marks Enterprises Inc.
229 Sullivan Street 5B
New York, NY 10012

Simple Hospitality LLC
243 East 32nd Street, No 2
New York, NY 10016